UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 15 P 12:20

| | |
|---|---|
| PAUL THERIAULT<br>    Plaintiff<br>v.<br><br>EQUIFAX CREDIT INFORMATION<br>SERVICES, INC., and MORGAN STANLEY<br>& CO. d/b/a DISCOVER FINANCIAL SERVICES<br>    Defendants | CASE NUMBER<br>3:02CV2298(JCH)<br>(SRU)<br>STATEMENT TO SHOW<br>WHY SANCTIONS SHOULD<br>NOT BE IMPOSED<br>PURSUANT TO LOCAL<br>RULE 26(e)<br><br>October 13, 2003 |

    Pursuant to the Court's Notice dated September 24, 2003, the parties in the above-captioned matter hereby state the following reasons as to why sanctions should be not imposed:

    1. The instant case alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 *et seq.* and claiming violations of the Connecticut's Unfair Trade Practices Act ("CUTPA"), was filed on or about December 26, 2002.

    2. In April, 2003, the claims between the Plaintiff and Equifax Credit Information Services, Inc. ("Equifax") were resolved and a Motion to Dismiss with Prejudice as between Plaintiff and Equifax was duly filed on April 29, 2003.

    3. In further pursuance of his claims, Plaintiff then filed a Motion for Default against the Defendant Morgan Stanley & Co., d/b/a Discover Financial Services[1] ("Morgan Stanley") pursuant to F.R.C.P. Rule 12(a)(1)(A), which motion was denied for failure to show original proof of service.

    4. Plaintiff's counsel subsequently realized that the original return of service for Morgan Stanley was not her possession. Calls to the Marshal who had effected service on Morgan Stanley produced the original return, which was then promptly filed with the court on May 12, 2003.

    5. Upon appearance by Attorney Mark H. Dean on behalf of Morgan Stanley on July 21, 2003, the parties have been engaged in settlement discussions and the prospects of settlement are promising. Given this, the parties' compliance with F.R.C.P. Rule 28 was inadvertently overlooked. Morgan Stanley's

appearance in this case occurred after the court's April 24, 2003 Notice To Counsel regarding the non-filing of the Form 26(f) report and, therefore, Morgan Stanley's counsel was unaware of that Notice.

WHEREFORE, The parties respectfully submit that no sanction should be imposed on either party and further submit that their 26(f) Report of Parties Planning has been filed simultaneously herewith.

10-14-03

PLAINTIFF, Paul Theriault

By: _____
Daniel S. Blinn   ct02188
dblinn@consumerlawgroup.com
Sarah Poriss   ct24372
sporiss@consumerlawgroup.com
Consumer Law Group, LLC
P. O. Box 1039   2138 Silas Deane Highway
Rocky Hill, CT  06067-9997
Tel (860) 571-0408  Fax (860) 571-7457

DEFENDANT, Morgan Stanley & Co.

By: _____
Mark H. Dean, Esquire   ct03195
m.dean@snet.net
MARK H. DEAN, P.C.
241 Main Street
Hartford, CT 06106
Tel. (860) 549-6699 Fax. (860) 241-7744

---

[1] Morgan Stanley denies that it operates under the trade name Discover Financial Services in that Discover Financial Services, Inc. is a separate corporation. The stated name of the defendant as alleged by the plaintiff is used in this Statement without prejudice to this position of Morgan Stanley.