UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 15 P 12: 20

| | |
|---|---|
| PAUL THERIAULT<br>    Plaintiff<br>v.<br><br>EQUIFAX CREDIT INFORMATION<br>SERVICES, INC., and MORGAN STANLEY<br>& CO. d/b/a DISCOVER FINANCIAL SERVICES<br>    Defendants | CASE NUMBER<br>3:02CV2298(SRU)<br><br>RULE 26(f) REPORT OF<br>PARTIES' PLANNING<br>MEETING<br><br>OCTOBER 13, 2003 |

Date Complaint Filed:   December 26, 2002.

Date Complaint Served:   Defendant Morgan Stanley & Co. d/b/a/ Discover Financial Services ("Morgan Stanley") was served on January 17, 2003.

Date of Defendant's Appearance: Mark H. Dean appeared for Morgan Stanley on July 21, 2003.

Pursuant to Fed. R. Civ. P 16(b), 26(f) and D. Conn. L. Civ. R. 38, a conference was held on October 10, 2003. The participants were:

Sarah Poriss for the plaintiff Paul Theriault ("Plaintiff").

Mark H. Dean for the defendant Morgan Stanley.

### I. Certification

Undersigned counsel certify that, after consultation with their clients, they have discussed the [nature] and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement [or other] resolution of the case and in consultation with their clients, have developed the following [propo]sed case management plan. Counsel further certify that they have forwarded a copy of their report [to the]ir clients.

### II. Jurisdiction

A. Subject Matter Jurisdiction: Plaintiff alleges that subject matter jurisdiction is appropriate pursuant to 15 U.S.C. § 1681p, 28 U.S.C. §§ 1331 and 1337, and Fed. R. Civ. P. 18(a). Morgan Stanley does not contest subject matter jurisdiction.

Report Approved. Discovery cutoff date March 2, 2004
Dispositive motions due by March 2, 2004
Status Conference to be held on date to be set
An order indicating the Conference time will separately issue.
SO ORDERED
10/28/03
Stefan R. Underhill, U.S.D.J.