UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ ) | | |
| PAUL THERIAULT ) | | CASE NUMBER |
|     Plaintiff ) | | 3:02cv2298(SRU) |
| v. ) | | STIPULATION TO |
| ) | | DISMISSAL |
| EQUIFAX CREDIT INFORMATION ) | | |
| SERVICES, INC., and MORGAN STANLEY ) | | |
| & CO. d/b/a DISCOVER FINANCIAL ) | | |
| SERVICES ) | | |
|     Defendants ) | | December 30, 2003 |
| _____) | | |

    The plaintiff, Paul Theriault, through his attorney Sarah Poriss and the defendant, Discover Financial Services, through its attorney Mark H. Dean, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs subject to approval of the Court.

    PLAINTIFF, Paul Theriault

Date: _____  By: _____
    Daniel S. Blinn,  ct02188
    Sarah Poriss ct24372
    Consumer Law Group, LLC
    P. O. Box 1039   2138 Silas Deane Highway
    Rocky Hill, Connecticut 06067-9997
    Tel. (860) 571-0408  Fax (860) 571-7457


    DEFENDANT, Discover Financial Services


Date: _____  By: _____
    Mark H. Dean, Esq.
    Mark H. Dean, P.C.
    241 Main Street
    Hartford, CT 06106

2

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing Stipulation to Dismissal was mailed, via first class mail, postage prepaid, this ___ day of January 2004, to all counsel as follows:

Mark H. Dean, Esq.
Mark H. Dean, P.C.
241 Main Street
Hartford, CT 06106

                                                   _____
                                                   Sarah Poriss