02CV2298-Stip dism

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

# FILED

2004 JAN -6 P 12: 01

US DISTRICT COURT
BRIDGEPORT CT

**CASE NUMBER**
3:02cv2298(SRU)

**STIPULATION TO DISMISSAL**

| | |
|---|---|
| PAUL THERIAULT<br>        Plaintiff<br>v.<br><br>EQUIFAX CREDIT INFORMATION<br>SERVICES, INC., and MORGAN STANLEY<br>& CO. d/b/a DISCOVER FINANCIAL<br>SERVICES<br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

December 30, 2003

The plaintiff, Paul Theriault, through his attorney Sarah Poriss and the defendant, Discover

Financial Services, through its attorney Mark H. Dean, hereby stipulate that the claims of the above-

entitled action shall be dismissed with prejudice, and without costs subject to approval of the Court.

PLAINTIFF, Paul Theriault

Date: 12/30/03

By: _____

Daniel S. Blinn,  ct02188
Sarah Poriss ct24372
Consumer Law Group, LLC
P. O. Box 1039   2138 Silas Deane Highway
Rocky Hill, Connecticut 06067-9997
Tel. (860) 571-0408  Fax (860) 571-7457

DEFENDANT, Discover Financial Services

Date: 12/31/03

By: _____

Mark H. Dean, Esq.  ct 01395
Mark H. Dean, P.C.
241 Main Street
Hartford, CT 06106

FILED
2004 JAN 13 A 9: 40
US DISTRICT COURT
BRIDGEPORT CT

The clerk is instructed to _____ to _____ pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

APPROVED. The case is hereby dismissed with prejudice and without costs. So ordered.

Stefan R. Underhill
United States District Judge
01/12/04